United States Federal Court  
Tyler, TX. 75708

05/07/2008

RECEIVED  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF TEXAS  
MAY - 8 2008  
DAVID J. MALAND, CLERK

Re: 6:08cv48

Judge Guthrie:

I come before the honorable court requesting to dismiss the claim 6:07cv493. This matter has involved much time and effort. However, I thank the court for their time and effort regarding the matter. The encounters of LeTourneau University have allowed me the opportunity to succeed. I thank the court for your time and consideration regarding the matter. I pray for continued success in LeTourneau University through God; but seek ye first the kingdom of God, and his righteousness; and all these things shall be added unto you, Matt 6:33.

Respectfully submitted,

Willie Lacy III